IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CIVIL ACTION FILE |
| v. | ) |
| | ) NUMBER 1:11-cr-182-TCB-CCH |
| RANFERI FLORES-HIGUERA, | ) |
| | ) |
| Defendant. | ) |

### ORDER

This case is currently before the Court on Magistrate Judge C. Christopher Hagy's Report and Recommendation (the "R&R") [24]. No objections to the R&R have been filed.

After conducting a careful and complete review of a magistrate judge's findings and recommendations, a district judge may accept, reject or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C); *Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir. 1982). Those portions of a report and recommendation to which an objection is not asserted are reviewed for plain error. *United States v. Slay*, 714 F.2d 1093, 1095 (11th Cir. 1983).

The Court has carefully reviewed the R&R and finds no plain error in the factual or legal conclusions. Therefore, the Court ADOPTS AS ITS ORDER the R&R [24]. Defendant's motion to dismiss [20] is DENIED.

IT IS SO ORDERED this 2nd day of August, 2011.

*[signature]*

Timothy C. Batten, Sr.
United States District Judge